UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

MICHAEL JOHNSON,

                    Defendant.

_____/

Civil Action No. 23-50204

Mark A. Goldsmith
United States District Judge

David R. Grand
United States Magistrate Judge

## REPORT AND RECOMMENDATION TO GRANT DEFENDANT'S MOTION FOR RETURN OF PROPERTY (ECF No. 1)

Presently before the Court for a Report and Recommendation is defendant Michael Johnson's ("Johnson") "Motion for Return of Property" filed on February 13, 2023. (ECF No. 1). In short, Johnson seeks the "release of property seized," *i.e.*, "Item 008 – POR in name Michael Johnson," by plaintiff United States of America (the "Government") in a related criminal case in this Court, Case No. 20-30352, wherein he pleaded guilty to being a felon in possession of a firearm. (ECF No. 1, PageID.1-4; *see* Case No. 20-30352, ECF Nos. 57, 60). Johnson asserts that, pursuant to Federal Rule of Criminal Procedure 41(g), he is entitled to the return of the seized property at issue because it "never had anything to do with the [criminal case in No. 20-30352]" and was wrongfully "taken from his premises for no reason." (ECF No. 1, PageID.1-2).

On March 31, 2023, the Government filed its response, in which it stated that it "does not object to returning the property Johnson identified in his motion," and that "when Johnson designates an appropriate recipient, the government will return the property

identified as Item 008 (proof of residency for Johnson) . . ."  (ECF No. 5, PageID.11).  The

Government explains that Johnson "can identify his designee in writing by sending the

name and address" of such designee to:

> Craig F. Wininger
> Assistant United States Attorney
> 211 West Fort Street, Suite 2001
> Detroit, Michigan 48226

(*Id.*, PageID.12).

     Because the Government does not object to Johnson's request for the return of his

seized property, **IT IS RECOMMENDED** that Johnson's motion **(ECF No. 1)** be

**GRANTED**.  Johnson should provide to the Government at the above address a letter

identifying the name and address of his desired recipient for the return of "Item 008 –

[Proof of Residency] in name Michal Johnson."  Thereafter, the Government should

promptly return such property to Johnson's designated recipient.


Dated: April 4, 2023                                        s/David R. Grand
Ann Arbor, Michigan                                    DAVID R. GRAND
                                                                    United States Magistrate Judge

## <u>NOTICE TO THE PARTIES REGARDING OBJECTIONS</u>

The parties to this action may object to and seek review of this Report and Recommendation, but are required to act within fourteen (14) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(2). Failure to file specific objections constitutes a waiver of any further right of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Secretary of HHS*, 932 F.2d 505, 508 (6th Cir.1991); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir.1981). The filing of objections which raise some issues, but fail to raise others with specificity, will not preserve all the objections a party might have to this Report and Recommendation. *Willis v. Secretary of HHS*, 931 F.2d 390, 401 (6th Cir.1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir.1987). Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this magistrate judge. A party may respond to another party's objections within 14 days after being served with a copy. *See* Fed. R. Civ. P. 72(b)(2); 28 U.S.C. §636(b)(1). Any such response should be concise, and should address specifically, and in the same order raised, each issue presented in the objections.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 4, 2023.

s/Eddrey O. Butts
EDDREY O. BUTTS
Case Manager
